Z. Seth Griswold
Wyoming State Bar No. 7-5809
Assistant United States Attorney
United States Attorney's Office for the District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Seth.Griswold@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 25-MJ-33-J |
| **YONAIKER ALEXANDER FERNANDEZ PEDRON**, | |
| and | |
| **YOHENDRI RAMON GONZALEZ RAMIREZ**, | |
| Defendants. | |

## MOTION TO UNSEAL CASE

The United States respectfully moves the court for an order unsealing this case on the grounds that the Defendants have been arrested and/or made their initial appearance in this matter. Thus, the reasons for the United States' initial request to seal pending arrest no longer exists.

DATED this 13th day of May 2025.

                                              STEPHANIE I. SPRECHER
                                              Acting United States Attorney

By:   */s/ Z. Seth Griswold*
        Z. SETH GRISWOLD
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of May 2025 the foregoing was electronically filed and consequently served on defense counsel.

                                    */s/ Mikala Dawson*_____
                                    For the United States Attorney's Office